```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 24334
   MARJORIE L BRAMMER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0378


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/15/08 and confirmed on 11/20/08.

     2.  The case was dismissed after confirmation, 01/30/2009.

     3.  The Debtor paid a total of $    466.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
FIFTH THIRD BANK           CURRENT MORTG         .00            .00            .00
HARRIS BANK CONSUMER LOA   SECURED               .00            .00            .00
NATIONAL BANK & TRUST SY   SECURED VEHIC         .00            .00            .00
FIFTH THIRD                UNSECURED        NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00            .00
FIA CARD SERVICES          UNSECURED        NOT FILED           .00            .00
CITIBANK                   UNSECURED        NOT FILED           .00            .00
FIA CARD SERVICES          UNSECURED        NOT FILED           .00            .00
FIFTH THIRD                UNSECURED        NOT FILED           .00            .00
GEMB                       UNSECURED        NOT FILED           .00            .00
HSBC                       UNSECURED        NOT FILED           .00            .00
HSBC                       UNSECURED        NOT FILED           .00            .00
KOHLS                      UNSECURED        NOT FILED           .00            .00
FIFTH THIRD BANK           MORTGAGE ARRE       100.00           .00         100.00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   100.00          .00           .00         .00       100.00
PRINCIPAL PAID       100.00          .00           .00         .00       100.00
INTEREST PAID           .00          .00           .00         .00          .00
TOTAL PAID           100.00          .00           .00         .00       100.00
```

The Debtor's attorney, DERRICK B HAGER           , was allowed $    2500.00
and was paid $    500.00   direct and $    341.30   through the plan.

The Trustee received $     24.70 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

```
Dated: 03/13/09                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```